UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:19-CV-00405-FDW-DCK

| | |
|---|---|
| HEATHER COLEMAN, UNITED STATES OF AMERICA, AND STATE OF NORTH CAROLINA, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** |
| FAMILY FIRST HOME HEALTH CARE LLC, AND MARION JAMES, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the Motion to Set Aside Entry of Default, (Doc. No. 48), which is unopposed. Having carefully considered the motion and the record, the undersigned will GRANT the motion.

Here, Plaintiffs indicate they do not oppose Defendants' Motion; Defendants filed an Answer July 18, 2023, (Doc. No. 46): and the parties have further indicated they will be filing their Joint Rule 26(f) Report. Therefore, for the reasons stated in the unopposed Motion, (Doc. No. 48), and the Supporting Memorandum, (Doc. No. 49), "good cause" exists and has been shown for the setting aside of the entries of default, entered July 17, 2023, (Doc. No. 45).

**IT IS, THEREFORE, ORDERED** that the Motion to Set Aside Entry of Default, (Doc. No. 48), is GRANTED. The entries of default, entered July 17, 2023, (Doc. No. 45), are hereby set aside, for good cause shown.

**IT IS SO ORDERED.**

Signed: August 7, 2023

_____
Frank D. Whitney
United States District Judge